▪ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GLEN CUMMINS, Appellant. [872 NYS2d 532]—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Gerges, J.), rendered April 28, 2006, convicting him of murder in the second degree, burglary in the first degree, and intimidating a witness in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that he was denied a fair trial by certain remarks made by the prosecutor during summation is unpreserved for appellate review (*see* CPL 470.05 [2]). The defendant either failed to raise any objection to the challenged remarks, voiced only general objections, or failed to seek further relief after objections were sustained and curative instructions

given (*see People v Crawford*, 54 AD3d 961, 962 [2008]; *People v Boyce*, 54 AD3d 1052 [2008]; *People v Kanios*, 53 AD3d 555 [2008]; *People v Brown*, 48 AD3d 590 [2008]). In any event, the challenged remarks were either fair response to the defense summation or fair comment on the evidence (*see People v Ashwal*, 39 NY2d 105 [1976]; *People v Crawford*, 54 AD3d 961, 962 [2008]; *People v Boyce*, 54 AD3d 1052 [2008]; *People v Friel*, 53 AD3d 667 [2008]; *People v Brown*, 48 AD3d 590 [2008]).

Viewing the totality of the evidence, the law, and the circumstances of the case, we find that the defendant's trial counsel provided meaningful representation (*see People v Benevento*, 91 NY2d 708, 712-713 [1998]; *People v Baldi*, 54 NY2d 137, 147-148 [1981]; *People v Robinson*, 55 AD3d 636 [2008]; *People v Biscombe*, 54 AD3d 1051 [2008]).

The defendant's remaining contention is unpreserved for appellate review (*see People v Udzinski*, 146 AD2d 245 [1989]). Rivera, J.P., Angiolillo, Eng and Belen, JJ., concur.